UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF NADIA ZAHMOUL,<br><br>Applicant. | Case No.  22-mc-80317-LJC<br><br>**ORDER SETTING DEADLINE TO CONSENT OR DECLINE TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

Nadia Zahmoul has filed an *ex parte* application pursuant to 28 U.S.C. § 1782 for an order to issue subpoenas to Coinbase Group, Inc. ("Coinbase") and Helium Systems, Inc. ("Helium"). Because it is a dispositive matter, the consent of all parties is required for the Court to hear and adjudicate the application. See 28 U.S.C. § 636(c)(1); CPC Pat. Techs. Pty. Ltd. v. Apple Inc., 34 F.4th 801, 807-8 (9th Cir. 2022); Williams v. King, 875 F.3d 500, 503 (9th Cir. 2017).

Coinbase and Helium have not been served or appeared as interested parties. Nadia Zahmoul shall serve a copy of this order on Coinbase and Helium by **November 25, 2022** and file a proof of service promptly thereafter. Nadia Zahmoul shall also file a "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether she consents to or declines magistrate judge jurisdiction by **December 2, 2022**.[1] Coinbase and Helium may also file such a form by that date. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

---

[1] The form is available at https://cand.uscourts.gov/mj_consent-declination_form_10-2020/.

Unless Nadia Zahmoul, Coinbase, and Helium all consent to the jurisdiction of a magistrate judge within the time prescribed, the Court will order the Clerk to reassign this matter to a district judge.

**IT IS SO ORDERED.**

Dated: November 22, 2022

LISA J. CISNEROS
United States Magistrate Judge